**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **PRODIGY DISC, INC.,** | |
| Plaintiff, | |
| v. | 1:23-cv-0701-AT |
| **G.B.,** | |
| Defendant. | |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 16th day of February, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**