# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PRODIGY DISC, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **G.B., a Minor, by and through** ) <br> **Michelle Nesheim, his Legal** ) <br> **Guardian,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION** <br><br> **FILE NO. 1:23-CV-00701-SCJ** <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiff's Motion for Permission to Enter the Courthouse with Electronic Equipment. Having considered the Motion, the Motion is hereby **GRANTED**, and it is hereby **ORDERED** that on February 16, 2023, the below-listed attorneys shall have permission to enter the Richard B. Russell Federal Building and United States Courthouse and bring into Courtroom 1907 personal electronic equipment, including laptops, iPhones, and related chargers and accessories:

1. William C. Collins, Jr.

2. Joseph H. Stuhrenberg

1

Said electronic equipment shall be subject to inspection, and proper personal identification shall be required upon entering the Courthouse.

**IT IS SO ORDERED** this 16th day of February, 2023.

_____
**STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**