# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-00701-SCJ
## Prodigy Disc, Inc. v. G.B.
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 02/16/2023.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:00 P.M.     COURT REPORTER: Viola Zborowski
TIME IN COURT: 1:00                 DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Collins representing Prodigy Disc, Inc.<br>Cary Ichter representing G.B.<br>Joseph Stuhrenberg representing Prodigy Disc, Inc. |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for TRO TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | TRO hearing held. The Court heard argument and took the matter under advisement. Follow-up hearing set for Friday, March 3rd at 2:30 PM. |
| HEARING STATUS: | Hearing Concluded |