IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PRODIGY DISC, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION** |
| ) | |
| ) | **FILE NO. 1:23-CV-00701-SCJ** |
| **G.B., a Minor, by and through** ) | |
| **Michelle Nesheim, his Legal** ) | **JURY TRIAL DEMANDED** |
| **Guardian,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff PRODIGY DISC, INC. ("PDI"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, respectfully submits its Certificate of Interested Persons and Corporate Disclosure Statement in the above-styled action as follows:

**(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

1

Plaintiff PDI and Defendant G.B., a Minor ("G.B."), by and through Michelle Nesheim, his Legal Guardian, are the parties to this action. PDI does not have a parent company, it is not publicly held, and there is no publicly held corporation that owns 10% or more of its stock.

**(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

Aside from the parties to this case and PDI's executives, employees, and shareholders, PDI is unaware of any person, association, firm, partnership, or corporation having either a financial interest in or other interest that could be substantially affected by the outcome of this case.

**(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

**For Plaintiff PRODIGY DISC, INC.:**

William C. Collins, Jr.
Joseph H. Stuhrenberg
**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
wcollins@burr.com
jstuhrenberg@burr.com

**For Defendant G.B., a Minor, by and through Michelle Nesheim, his Legal Guardian:**

Cary Ichter
**ICHTER DAVIS, LLC**
400 Interstate North Parkway
Suite 860
Atlanta, Georgia 30339
cichter@ichterdavis.com

**(4)    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

PDI is a Georgia corporation that maintains its principal place of business in Dalton, Georgia.  Accordingly, PDI is deemed a citizen of only Georgia for the purpose of determining whether the diversity requirements of federal subject matter jurisdiction are satisfied.  G.B., a minor individual, and his legal guardian, Michelle Nesheim, are both domiciled in Iowa.  Accordingly, they are both deemed citizens

of only Iowa for the purpose of determining whether the diversity requirements of federal subject matter jurisdiction are satisfied.

Respectfully submitted, this 22nd day of February, 2023.

<u>/s/ William C. Collins, Jr.</u>
William C. Collins, Jr.
Georgia Bar No. 178847
wcollins@burr.com
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com

*Counsel for Plaintiff PRODIGY DISC, INC.*

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1(C).

/s/ *William C. Collins, Jr.*
William C. Collins, Jr.
Georgia Bar No. 178847
wcollins@burr.com

*Counsel for Plaintiff PRODIGY DISC, INC.*

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2023, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

> */s/ William C. Collins, Jr.*
> William C. Collins, Jr.
> Georgia Bar No. 178847
> wcollins@burr.com
>
> *Counsel for Plaintiff PRODIGY DISC, INC.*

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244